**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL
NO. 9 PAINTING INDUSTRY INSURANCE
FUND, et al.,

                    Plaintiffs,
      -against-                                    22 **CIVIL** 7688 (ALC)

## JUDGMENT

MADISON PAINTING & DECORATING
GROUP,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 26, 2023, Petitioner's Motion for Summary Judgment is GRANTED, the award is confirmed, and judgment is entered in Petitioners' favor; accordingly, the case is closed.

**Dated:** New York, New York
       May 26, 2023

                                                               **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                            **BY:**        *K. Mango*

                                                               **Deputy Clerk**