**MEMO ENDORSED**

**BIS | IACCARINO & SHEPHERD LLP**

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

Riccardo Iaccarino
Wendell Shepherd
Michael A. Adams
Matthew J. Berger
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/13/2023

June 29, 2023

VIA ECF
Honorable Andrew L. Carter
United States District Court, S.D.N.Y.
40 Foley Square
New York, New York 10007

Re:  Trustees of the District Council No. 9 Painting Industry Insurance Fund, et al. v. Madison Painting & Decorating Group

Case No.:  1:22-cv-07688 (ALC)

Dear Judge Carter,

This firm represents Petitioners Trustees of the District Council No. 9 Painting Industry Insurance Fund, et al. in the above referenced matter. On May 26, 2023, the Court entered an Opinion and Order, granting Petitioners' motion for summary judgment, confirming and enforcing an arbitration award under Section 301 of the Labor Management Relations Act of 1947 ("LMRA"), as amended, 29 U.S.C. § 185, and entering judgment in Petitioners' favor [ECF No. 16]. The Court's Opinion and Order specifically references the damages sought in the petition filed with the Court on September 9, 2023 [ECF No. 1], which corresponds with the arbitration award that the Court has confirmed and enforced [ECF No. 3, Attachment #1]. On May 26, 2023, the Clerk entered a judgment [ECF No. 17], confirming and enforcing the arbitration award in correspondence with the Court's Opinion and Order [ECF No. 16]. On June 26, 2023, Petitioners filed a proposed abstract of judgment [ECF No. 18], which was deemed to be "deficient" because there is no monetary amount listed in the judgment.

Based on the foregoing, Petitioners respectfully request that the Clerk's judgment be amended to reflect the monetary amount(s) referenced in the Court's Opinion and Order [ECF No. 16], and which correspond with the arbitration award that the Court has confirmed and enforced [ECF No. 3, Attachment #1] as follows: $23,220.00 in wages; $19,286.03 in benefit contributions; and $4,000.00 in liquidated damages.

I appreciate your time and attention to this matter.

Respectfully submitted,

SO ORDERED:

/s/ Andrew L. Carter

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

10/13/2023

The application is **GRANTED**. The Clerk of Court is respectfully requested to amend the Clerk's Judgment at ECF No. 17 to reflect the amounts set forth herein and to terminate the pending motion at ECF No. 19.