**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL
NO. 9 PAINTING INDUSTRY INSURANCE
FUND, et al.,

                        Plaintiffs,

    -against-                                                 22 **CIVIL** 7688 (ALC)

                                                          **AMENDED JUDGMENT**

MADISON PAINTING & DECORATING
GROUP,

                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 26, 2023, and the Order dated October 13, 2023, Petitioner's Motion for Summary Judgment is GRANTED in the amount of $23,220.00 in wages; $19,286.03 in benefit contributions; and $4,000.00 in liquidated damages. the award is confirmed, and judgment is entered in Petitioners' favor; accordingly, the case is closed.

**Dated:**  New York, New York

        October 16, 2023

                                                                **RUBY J. KRAJICK**
                                                                   Clerk of Court

                                    **BY:**
                                                                      **Deputy Clerk**